1
2
3
4
5
6
7

JS-6

8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11  ROBERT CARR and ARNIE PIKE            ) Case No.: 8:11-CV-00617-AG (JEMx)
                                          )
12            Plaintiffs,                 ) **Civil Rights**
                                          )
13                                        )
     vs.                                  ) **ORDER RE: CONSENT DECREE**
14                                        ) **FOR SETTLEMENT OF DAMAGES,**
15  MERIDIAN SPORTS CLUB,                 ) **ATTORNEYS' FEES, COSTS, AND**
     FULLERTON, LLC, dba MERIDIAN         ) **LITIGATION EXPENSES**
16  SPORTS CLUB; CITY OF                  )
     FULLERTON; and DOES 1 through 10,    ) (Filed concurrently with the Consent
17  Inclusive                            ) Decree for Settlement of Damages,
18                                        ) Attorneys' Fees, Costs, And Litigation
                                          ) Expenses)
19            Defendants.                 )
                                          )
20                                        )
                                          )
21                                        )
22  _____)

23
24
25
26
27
28

**] ORDER ON CONSENT DECREE**

Pursuant to the Stipulation of the Parties and for good cause shown, the Court makes the following orders:

1.     The concurrently filed stipulated CONSENT DECREE FOR SETTLEMENT OF DAMAGES, ATTORNEYS' FEES, COSTS, AND LITIGATION EXPENSES is ORDERED and shall be binding on Plaintiffs ROBERT CARR and ARNIE PIKE and Defendants MERIDIAN SPORTS CLUB, FULLERTON, LLC, dba MERIDIAN SPORTS CLUB and CITY OF FULLERTON and any successors in interest.

2.     The Court shall retain jurisdiction of this action to enforce provisions of this Consent Decree and Order and the Consent Decree for Injunctive Relief entered on May 9, 2012.

**IT IS SO ORDERED.**

Date:  July 25, 2012

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE